| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | ALEXANDRA SHEPARD (CABN 205143)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6767 |
| 7 | FAX: (415) 436-7234<br>alexandra.shepard@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 22-CR-00132 JSW | |
| Plaintiff, | ) ) | STIPULATION AND ORDER<br>CONTINUING ARRAIGNMENT | |
| v. | ) ) | | |
| KEVIN RAMIREZ, | ) ) | | |
| Defendant. | ) ) | | |

Defendant Kevin Ramirez was charged by indictment on March 24, 2022 with controlled substances violations under 21 U.S.C. §§ 841 and 846, 843(a)(3). The defendant was previously charged by Criminal Complaint and released on conditions. The defendant, along with co-defendant AliReza Moheb, is currently scheduled to be arraigned on the indictment on Friday, March 25, 2022. Counsel for defendant Ramirez is not available on March 25, 2022 for health-related reasons and has requested that the defendant be arraigned on Monday, March 28, 2022. The government does not object.

Therefore, the parties hereby stipulate and agree that arraignment in this case be set for March 28, 2022.

IT IS SO STIPULATED.

DATED: March 24, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Alexandra Shepard*

ALEXANDRA SHEPARD
Assistant United States Attorney

*/s/ Roni Rotholz*

RONI ROTHOLZ
Counsel for Defendant Kevin Ramirez

## ORDER

Based upon the representation of counsel and for good cause shown, the Court continues the arraignment currently scheduled for March 25, 2022 to March 28, 2022 at 10:00 a.m.

DATED: March 24, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
United States Magistrate Judge