STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> KEVIN RAMIREZ, <br>     Defendant. | NO. CR-22-00132 JSW <br><br> STIPULATION TO EXCLUDE TIME FROM MARCH 28, 2022 TO MAY 3, 2022 AND ORDER |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Kevin Ramirez, that time be excluded under the Speedy Trial Act from March 28, 2022 through May 3, 2022.

    At the arraignment held on March 28, 2022, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that counsel could review the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until May 3, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 28, 2022 through May 3, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18

U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 31, 2022　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Alexandra Shepard
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: March 31, 2022　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Roni Rotholz
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Kevin Ramirez

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 28, 2022 and for good cause shown, the Court finds that failing to exclude the time from March 28, 2022 through May 3, 2022 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 28, 2022 to May 3, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 28, 2022 through May 3, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  March 31, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　United States District Judge